[No. 39094-9-II. Division Two. March 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP SCOTT PEDERSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00713-2, Nelson E. Hunt, J., entered March 30, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton, J.; Hunt, J., dissenting.

[No. 62449-1-I. Division One. March 29, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA D. MASON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10869-2, Sharon S. Armstrong, J., entered October 8, 2008. *Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Becker, J.

[No. 37660-1-II. Division Two. March 30, 2010.]

THURSTON COUNTY, *Appellant*, v. JOHN ALTON BURNELL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-00586-7, Gary R. Tabor, J., entered March 28, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Armstrong, J.